# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2015

150657

In re RYAN, Minors.

SC: 150657
COA: 318571
Wayne CC Family Division:
13-512184-NA

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

_____/

On order of the Court, the application for leave to appeal the November 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2015



Clerk

p0106